AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
JAMES J. VILT JR,
CLERK
November 14, 2022
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   3:22MJ-678 |
| MAXIMILIANO GUTIERREZ | ) | |
| MARIO GUZMAN | ) | |
| ALFREDO LIRA | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   November 11, 2022   in the county of   Jefferson   in the
Western   District of   Kentucky   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Conspiracy to Possess Cocaine with the Intent to Distribute |
| 21 USC 841(b)(1)(A) | |
| 21 USC 846 | |

This criminal complaint is based on these facts:

See attached Affidavit in Support of a Criminal Complaint

☑ Continued on the attached sheet.

/s/ Grant Baginski
*Complainant's signature*

Grant Baginski, Special Agent DEA
*Printed name and title*

SAttested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   November 14, 2022

City and state:   Louisville, Kentucky

Colin H Lindsay, Magistrate Judge
United States District Court